# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CLAUDIA GASTELUM,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:14-cv-00773-GMN-CWH<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation to Stay Discovery (#19), filed November 5, 2014. The parties request an order staying discovery pending the outcome of an agreed upon, but unscheduled mediation. The Court is inclined to grant the request, but requires additional information. The parties are instructed to file a written joint status report by **Friday, November 14, 2014** identifying the time, date, and location of the agreed upon mediation. Accordingly,

**IT IS HEREBY ORDERED** that the parties' Stipulation to Stay Discovery (#19) is **denied without prejudice**. The parties shall file a written joint status report by **Friday, November 14, 2014** identifying the time, date, and location of the agreed upon mediation.

DATED: November 6, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**